UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

UNITED STATES OF AMERICA,

v.

JUVENAL GORROSQUIETA-SANTANA

CRIMINAL ACTION

NO. 4:10-CR-57-RLV

O R D E R

The defendant has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 [Doc. No. 57].

The defendant challenges his sentence on ineffective assistance of counsel grounds because his attorney failed to raise arguments at sentencing regarding the defendant's role as a "mule" in the underlying criminal case, and the attorney failed to move for a downward departure on the ground that the defendant's illegal alien status would increase the severity of his confinement.

The government argues that the defendant's plea agreement, which contained an appeal-waiver provision, precludes the defendant's § 2255 motion. The government contends that it was a valid waiver because, inter alia, the district court questioned the defendant concerning the appeal waiver provision during the colloquy and the defendant understood the consequences. Therefore, the defendant's valid sentence-appeal waiver precludes a collateral attack, including § 2255 motions based on ineffective assistance of

counsel. See Williams v. United States, 396 F.3d 1340, 1341 (11th Cir. 2005). Accordingly, the magistrate judge recommended that the motion be denied.

Therefore, after carefully considering the report and recommendation of the magistrate judge, the court receives it with approval and adopts it as the opinion and order of this court.

SO ORDERED, this 28th day of September, 2012.

*Robert L. Vining, Jr.*
ROBERT L. VINING, JR.
Senior United States District Judge